## Denton *v.* Adamson.

Friday,
June 2.

ERROR to the *Randolph* Circuit Court.

*Per Curiam.*—Motion by a surety against his co-surety for contribution. Issues of fact. Trial by the Court, by agreement of parties. Finding and judgment for the plaintiff. There is no bill of exceptions; and the evidence is not upon the record.

The case presents no question to this Court.

The judgment is affirmed, with 10 per cent. damages and costs.

*B. McClelland*, for the plaintiff.

*D. Kilgore*, for the defendant.